# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF FLORIDA, SOUTHERN DIVISION

| | |
|---|---|
| NOVEX BIOTECH, LLC, a Utah Limited Liability Company.<br><br>    Plaintiff,<br><br>vs.<br><br>HERBAL RESEARCH, INC. a Florida corporation; and John Does, 1-10<br><br>    Defendants. | **COMPLAINT AND JURY DEMAND**<br><br>Case No. _____<br><br>Judge_____ |

Plaintiff Novex BioTech, LLC ("Novex"), through the undersigned counsel, sues Herbal Research, Inc., ("Herbal Research"), and presently unknown parties whose identities will be revealed during discovery, and who or which are denominated "John Does 1-10" in this Complaint, for false advertising and unfair competition under the Lanham Act, common law trademark infringement, declaratory relief, and injunctive relief, and alleges as follows:

## SUMMARY OF ALLEGATIONS

Novex markets and sells Growth Factor 9 ("GF9"), whose formula has been shown in a double-blind, clinical trial to increase human growth hormone (hGH) levels in men and women over the age of 18 by over 682% on average after a single dose. Novex spent significant time and resources developing the formula for GF9 and assuring that the claims it makes about GF9 are true. Indeed, the double-blind, placebo controlled clinical trial, which was conducted at a top United States university research laboratory, specifically demonstrated that GF9 increases hGH levels by a mean level of 682%.

Herbal Research, on the other hand, and like many marketers of so called hGH products, is making false claims about its products, making it difficult for Novex to sell GF9.  Herbal Research sells a competing product called Growth Factor (hereinafter "Growth Factor").  Herbal Research falsely claims that its product results in a host of purported and untested anti-aging benefits, among other false claims.  Herbal Research does not have substantiation for the claims it makes for Growth Factor, specifically that it is a "Human Growth Hormone Releaser."  Moreover, Herbal Research infringes Novex's trademark rights by using the name Growth Factor for its product, causing further injury to Novex and consumer confusion in the marketplace.

Herbal Research's wrongful conduct has harmed, and continues to harm Novex because consumers are confused by Herbal Research's false claims.  In addition, Herbal Research, like other marketers of so-called hGH products, has an unfair competitive advantage over Novex as it is marketing and selling a substandard product, cheap ingredients, in unproven amounts, while passing the product off as effective and safe.

## PARTIES

1. Novex is a limited liability company organized and existing under the laws of the State of Utah.  Its principal place of business is located at 5742 West Harold Gatty Drive in Salt Lake City, Utah 84116.  Novex produces, markets, and sells GF9.

2. Herbal Research, Inc. is a Florida corporation.  Its principal place of business is located at 3349 Sheridan Street, #167, Hollywood, Florida 33021.

3. Defendants Does 1-10 are unknown at this time but are believed to be individuals and entities involved in the development, production, marketing, distribution, or sales of the offending products or other related products.

## **JURISDICTION AND VENUE**

4. Subject matter jurisdiction over this action is conferred upon this Court by 28 U.S.C. § 1338 and the Lanham Act, 15 U.S.C. § 1121.

5. The Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity and the amount in controversy exceeds the requisite amount.

6. The Court has personal jurisdiction over Herbal Research because Herbal Research is a Florida entity and its principal place of business is in Florida.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

## **GENERAL ALLEGATIONS**

### **Novex's Product**

8. Novex markets and sells dietary supplement products, including GF9. The ingredients in GF9 have been shown in a double-blind placebo controlled clinical trial conducted by a leading United States research university to increase hGH levels in men and women over the age of 18 by over 682%, after a single dose.

9. In addition, Novex invests substantial sums to assure that GF9 is manufactured to very high standards so that it meets or exceeds the quality and other characteristics of the compounds identified in the scientific literature, which support the product's efficacy.

10. Novex is so confident in its products that for every product it develops and brings to market, Novex offers a 100% money-back guarantee to every consumer. All a consumer needs do if dissatisfied with the products for any reason is to return the unused portion for a full refund.

11. Novex sells GF9 through its own website, print media, and via retail outlets to consumers throughout the United States.

12. Novex advertises and promotes GF9 on the Internet, television, and in print media.

13. Novex has expended a great deal of time, effort, and money to develop and market GF9.

**Defendants' False and Misleading Advertising**

14. Herbal Research sells a product it calls "Growth Factor," which competes with Novex's GF9.

15. Herbal Research markets Growth Factor through a nationwide advertising campaign through Herbal Research's websites and other publications. Herbal Research claims that Growth Factor is a "Human Growth Hormone Releaser" and "stimulates your body's own HGH production facilities – resulting in MORE of your own NATURAL HGH circulating throughout your body, rejuvenating all your tissues." [Exh. 1].

16. Herbal Research also claims, without any supporting substantiation, that Growth Factor will "[f]uel your body's HGH production facilities – for an IMMEDIATE and sustained increase in levels of free HGH circulating in the body." [Exh. 1].

17. Herbal Research goes so far as to assert that Growth Factor provides the following benefits:

- "Increase muscle mass while burning fat"
- "Improve definition for that cut, sculpted look"
- "Build bone density, stamina and endurance"
- "Boost gains from every workout"
- "Pack on lean muscle mass"
- "Amino acid 'muscle fuel' complex gives your body the building blocks it needs"
- "Protects the body from stress-related damage"
- "Helps eliminate fatty tissues, for impressive definition"
- "Elevate basal metabolism, so you burn calories faster all day long"
- "Accelerates healing after workouts or injuries"
- "Increases fat oxidation for a slimmer, trimmer look"
- "Boosts energy and the feeling of wellbeing"

- "Look and feel younger than you have in years"

[Exh. 1].

18. Herbal Research goes even further and states:

Growth Factor enhances your body's levels of HGH, or human growth hormone. HGH naturally declines as we age. Boosting HGH helps to elevate energy, stimulate the body's response, enhance brain function, and event reduce body fat. Professional body builders rely on Growth Factor to help pack on lean muscle mass – shouldn't you?

[Exh. 1].

19. Herbal Research falsely claims that consumers "cannot buy a better fitness supplement at any price." [Exh. 1].

20. Herbal Research does not have scientific studies to support the claims that it make about Growth Factor.

21. Therefore, the advertising claims identified above which Herbal Research makes for its Growth Factor product are false and misleading.

**Defendant's Trademark Infringement and Dilution**

22. Novex began selling GF9 nationwide in October, 2012. Since October 2012, Novex has continuously sold GF9 nationwide under the name "Growth Factor 9."

23. Novex sells GF9 direct to consumers and also through a variety of retailers nationwide, including GNC stores.

24. On information and belief, Herbal Research first sold its Growth Factor product well after October 2012. Therefore, Novex has prior rights to use "Growth Factor" to sell its product.

25. Herbal Research's "Growth Factor" is confusingly similar to Novex's "Growth Factor 9" product. Herbal Research's Growth Factor product has caused consumer confusion, creating irreparable harm to Novex and is likely to cause further consumer confusion.

## **FIRST CLAIM FOR RELIEF**
### (False advertising in violation of the Lanham Act 15 U.S.C§ 1125(a)(l)(B))

26. The allegations in the preceding paragraphs are incorporated herein.

27. Herbal Research's advertising for its Growth Factor product is expressly false. Herbal Research is using false, deceptive and/or misleading descriptions in commercial advertising and marketing that misrepresent the nature, characteristics, and/or qualities of the Growth Factor product in interstate commerce.

28. Herbal Research's false and misleading statements, including the advertising and marketing of the product, actually deceive or have the tendency to deceive a substantial segment of their audience.

29. Herbal Research's false and misleading statements are material and likely to influence the purchasing decisions of actual and prospective purchasers of Herbal Research's products and/or Novex's products.

30. Herbal Research's false and misleading statements will divert sales at the expense of Novex's GF9 product and/or have or will lessen the goodwill enjoyed by GF9.

31. Herbal Research's acts constitute false advertising in violation of the Lanham Act § 43 (a)(l)(B), 15 U.S.C. § 1125 (a)(l)(B).

31. Herbal Research's acts and false advertising have deceived and, unless restrained, will continue to deceive the public, including consumers and retailers, and have injured and, unless constrained, will continue to injure Novex and the public, including consumers and

retailers, causing damages to Novex in an amount to be determined at trial and other irreparable injury to the goodwill and reputation of Novex's GF9 product.

33. Herbal Research's acts of false advertising are willful, intentional, and egregious and make this an exceptional case within the meaning of 15. U.S.C. § 1117(a).

34. Novex has no adequate remedy at law to compensate it for all the damages Herbal Research's wrongful acts have and will cause. Therefore, Novex is entitled to an injunction under 15 U.S.C. § 1116, restraining Herbal Research, its agents, employees, and representatives from engaging in future acts of false advertising and ordering removal of all of Herbal Research's false advertisements.

**SECOND CLAIM FOR RELIEF**
**(Unfair Competition In Violation of Lanham Act 15 U.S.C. § 1125(a)(l)**

35. The allegations in the preceding paragraphs are incorporated herein.

36. Herbal Research has in connection with the promotion and sale of its goods in interstate commerce, made or contributed to the making of false or misleading descriptions or representations of fact which are likely to cause confusion, or to cause mistake, or to deceive purchasers and potential purchasers into believing that Herbal Research's products and services are of the same or similar quality as Novex's products because of Herbal Research's false and misleading statements as to qualities and characteristics of their products.

37. Herbal Research's acts constitute unfair competition and/or induce or contribute to acts of unfair competition.

38. Defendant's acts of unfair competition have deceived and, unless restrained, will continue to deceive the public, including consumers and retailers, and have injured and unless constrained will continue to injure Novex and the public, including consumers and retailers,

causing damages to Novex in an amount to be determined at trial and other irreparable injury to the goodwill and reputation of Novex and to its GF9 products.

39. Herbal Research's acts of unfair competition are willful, intentional and egregious and make this an exceptional case within the meaning of 15. U.S.C. §1117(a).

40. Novex has no adequate remedy at law to compensate it for all the damages Herbal Research's wrongful acts have and will cause. Therefore, Novex is entitled to an injunction under 15 U.S.C. § 1116, restraining Herbal Research, its agents, employees, and representatives from engaging in future acts of unfair competition and ordering removal of all of Herbal Research's false advertisements.

## THIRD CLAIM FOR RELIEF
**(Common Law Trademark Infringement)**

41. The allegations in the preceding paragraphs are incorporated herein.

42. Herbal Research's wrongful use of the name "Growth Factor" to sell its product infringes Novex's prior common law trademark rights to use "Growth Factor" to sell its GF9 product.

43. Herbal Research's wrongful use of "Growth Factor" is confusingly similar to Novex's GF9 product, has caused consumer confusion in the marketplace, and is likely to further confuse consumers.

44. Novex has no adequate remedy at law to compensate it for all the damages Herbal Research's wrongful acts have and will cause. Therefore, Novex is entitled to an injunction, restraining Herbal Research, its agents, employees, and representatives from engaging in future acts of trademark infringement and ordering removal of all of Herbal Research's infringing products from the marketplace.

## FOURTH CLAIM FOR RELIEF
**(Declaratory Judgment)**

45. The allegations in the preceding paragraphs are incorporated herein.

46. Based on the allegations contained in this Complaint, there is a present and actual need for a judicial declaration.

47. Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, Novex is entitled to and hereby moves the Court for a judgment declaring that:

    a. Herbal Research's advertising claims for its Growth Factor product identified above are false and misleading.

    b. Novex has suffered real harm as a result of Herbal Research's advertising.

    c. Herbal Research's advertising is likely to confuse the public into believing that Herbal Research's products contain properties and characteristics that the products do not contain.

    d. Herbal Research's acts of false advertising are willful, intentional, and egregious and make this an exceptional case within the meaning of 15. U.S.C. § 1117(a).

    e. Herbal Research should pay Novex's attorneys' fees and costs incurred in prosecuting this action.

    f. Herbal Research should pay to Novex, Herbal Research's profits by reason of Herbal Research's unfair competition, false advertising, and deceptive acts and practices.

## PRAYER FOR RELIEF

WHEREFORE, Novex respectfully requests the following relief:

    A. A permanent injunction against Herbal Research, its officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with it who receive actual notice of the injunction by personal

service or otherwise, enjoining and restraining them from directly or indirectly engaging in future acts of false advertising, unfair completion, and infringing Novex's common law trademark rights.

B. Judgment on all claims for the damages suffered by Novex as a result of Herbal Research's false advertising, unfair competition, and common law trademark infringement in an amount to be determined at trial.

C. Judgment directing an accounting by Herbal Research of its profits by reason of its unfair competition, false advertising, and trademark infringement.

D. Judgment on the first and second claims trebling Novex's recovery pursuant to 15 U.S.C. § 1117, as a result of Herbal Research's willful and intentional violations.

E. Judgment on the first and second claims awarding Novex reasonable attorneys' fees in this action, pursuant to 15 U.S.C. § 1117.

F. Judgment awarding Herbal Research's profits to Novex, and awarding damages sustained by Novex and the costs of the action.

G. Judgment for punitive damages as a result of Herbal Research's outrageous conduct and willful and intentional violations.

H. Judgment on all claims awarding Novex costs and attorneys' fees in this action.

I. Declaratory relief as requested.

J. Injunctive Relief as requested.

K. Such other relief as the Court may deem just and equitable.

DATED this 25th day of September, 2017.

                        s/ Michael J. Merrill_____
DAVID R. EVELEV
Trial Counsel
FBN: 869170
MICHAEL J. MERRILL
FBN: 0084488
Attorneys for Defendant
1900 Summit Tower Blvd.
Suite 400
Orlando, FL 32810
Telephone: (321) 972-0032
Facsimile: (321) 972-0099
Primary Email:
david.evelev@csklegal.com
Secondary Email:
michael.merrill@csklegal.com
jessica.williams@csklegal.com